# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DESHOTELS,<br><br>        Plaintiff,<br><br>  v.<br><br>FELICIA PONCE,<br><br>        Defendants. | Case No. CV 19-4611-CJC (AGR)<br><br>**ORDER RE DISMISSAL** |

On June 5, 2019, the Court DENIED Plaintiff's request to file this action without prepayment of the filing fees with leave to amend within 30 days after entry of the order. The Court stated that "Plaintiff may re-submit the IFP application and Complaint to this court, if submitted with the Certified Trust Account Statement and Disbursement Authorization, Plaintiff shall utilize the same case number." Plaintiff was warned that failure to submit the required documents within 30 days may result in dismissal of the case. (Dkt. No. 8)

/ / /

Plaintiff has failed to file the IFP application with the Certified Trust Account Statement and Complaint or otherwise respond. Accordingly, the Request to Proceed without Prepayment of Filing Fees is DENIED and the case is dismissed.

IT IS SO ORDERED.

DATED: August 2, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE